UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  10-80149-CR-MARRA/HOPKINS(s)


UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JASON LEVE,

      Defendant.

_____/


## NOTICE OF ASSIGNMENT

      The above captioned case has been re-assigned to the Assistant Federal Public Defender

specified below.

      Please send all notices and inquiries to this attorney at the address listed below.


              Respectfully Submitted,

              MICHAEL CARUSO
              FEDERAL PUBLIC DEFENDER

              s/ Samuel J. Smargon
              Samuel J. Smargon
              Assistant Federal Public Defender
              Attorney for Defendant
              Florida Bar No. 150230
              450 South Australian Avenue, Suite 500
              West Palm Beach, Florida 33401
              Phone:  (561) 833-6288
              Fax:  (561) 833-0368
              Email:  Samuel_Smargon@FD.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on **August 24, 2011,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Samuel J. Smargon
Samuel J. Smargon

**SERVICE LIST**
**UNITED STATES OF AMERICA  v.  JASON LEVE**
**Case No.   10-80149-CR-MARRA/HOPKINS(s)**


Lawrence D. LaVecchio
lawrence.lavecchio@usdoj.gov
Assistant United States Attorney
500 E Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Phone:  954-356-7255
Fax:      954-356-7230

Paul Schwartz
Paul.schwartz@usdoj.gov
Assistant United States Attorney
500 E Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Phone:  954-356-7255
Fax:      954-356-7230