UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80149-CR-MARRA/HOPKINS(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON LEVE,

    Defendant.
_____/

## DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant, Jason Leve, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin,* 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).

    Respectfully Submitted,

    MICHAEL CARUSO
    INTERIM FEDERAL PUBLIC DEFENDER

    s/ Samuel J. Smargon
    Samuel J. Smargon
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 150230
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    Phone:  (561) 833-6288
    Fax:  (561) 833-0368
    Email:  Samuel_Smargon@FD.org

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on **August 24, 2011,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/ Samuel J. Smargon
                Samuel J. Smargon

SERVICE LIST
UNITED STATES OF AMERICA  v.  JASON LEVE
Case No.   10-80149-CR-MARRA/HOPKINS(s)

| | |
|---|---|
| Lawrence D. LaVecchio | Paul Schwartz |
| lawrence.lavecchio@usdoj.gov | Paul.schwartz@usdoj.gov |
| Assistant United States Attorney | Assistant United States Attorney |
| 500 E Broward Boulevard, Suite 700 | 500 E Broward Boulevard, Suite 700 |
| Fort Lauderdale, Florida 33394 | Fort Lauderdale, Florida 33394 |
| Phone:   954-356-7255 | Phone:   954-356-7255 |
| Fax:       954-356-7230 | Fax:       954-356-7230 |