UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  10-80149-CR-MARRA/HOPKINS(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON LEVE,

    Defendant.
_____/

## NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The defendant, Jason Leve, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief.  As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

    Respectfully Submitted,

    MICHAEL CARUSO
    INTERIM FEDERAL PUBLIC DEFENDER

    s/ Samuel J. Smargon
    Samuel J. Smargon
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 150230
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    Phone:  (561) 833-6288
    Fax:  (561) 833-0368
    Email:  Samuel_Smargon@FD.org

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on **August 24, 2011,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   s/ Samuel J. Smargon
                                                   Samuel J. Smargon

## SERVICE LIST
### UNITED STATES OF AMERICA  v.  JASON LEVE
Case No.   10-80149-CR-MARRA/HOPKINS(s)

| | |
|---|---|
| Lawrence D. LaVecchio | Paul Schwartz |
| lawrence.lavecchio@usdoj.gov | Paul.schwartz@usdoj.gov |
| Assistant United States Attorney | Assistant United States Attorney |
| 500 E Broward Boulevard, Suite 700 | 500 E Broward Boulevard, Suite 700 |
| Fort Lauderdale, Florida 33394 | Fort Lauderdale, Florida 33394 |
| Phone:   954-356-7255 | Phone:   954-356-7255 |
| Fax:       954-356-7230 | Fax:       954-356-7230 |